**Theodore Timothy MILLER, Plaintiff—Appellant,**

v.

**Art BEELER, Warden; B.R. Jett; Dr. Lowe; Dr. Walasin; Dr. Gonzalez; B. Capehardt, Dr.; Jean Zula, Dr., Defendants—Appellees.**

No. 04–7035.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 10, 2004.

Decided Dec. 10, 2004.

Theodore Timothy Miller, Appellant pro se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Theodore Timothy Miller appeals the district court's order denying him appointment of counsel and dismissing as frivolous his claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we affirm on the reasoning of the district court. *See Miller v. Beeler,* No. CA-03-774-5-H (E.D.N.C. filed April 29, 2004; entered April 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*